**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

THELMA WILLIAMS, JR.
ADC #93197                                                                                    PLAINTIFF

V.                                          5:11CV00005 SWW/JTR

JOHNSON, Lieutenant,
Varner Super Max, ADC, et al.                                                          DEFENDANTS

**JUDGMENT**

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, pursuant to the three strikes rule set forth in 28 U.S.C. § 1915(g).  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 24th day of January, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE